IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ALTON DEAN,                                             No C-09-1292 VRW (PR)

        Plaintiff,

        v                                                ORDER OF TRANSFER

CORRECTIONAL OFFICER CAVAGNARO,
et al,

        Defendant(s).
_____/

        Plaintiff, a prisoner currently incarcerated in the Sacramento County Jail, has filed a pro se petition for writ of habeas corpus against certain correctional officers at the California Substance Abuse Treatment Facility and State Prison in Corcoran, California. Because plaintiff is alleging that the officers violated his civil rights under 42 USC section 1983, he must refile this action as a civil rights complaint, rather than a petition for writ of habeas corpus.

        Further, a substantial part of the events or omissions giving rise to the claim(s) occurred, and the defendants named reside, in the County of Kings, which lies within the venue of the

1  Eastern District of California.  See 28 USC § 84(b).  Venue
2  therefore properly lies in the Eastern District.  See id § 1391(b).
3          In the interest of justice and pursuant to 28 USC section
4  1406(a) IT IS ORDERED that this action be TRANSFERRED to the United
5  States District Court for the Eastern District of California.
6          The clerk shall transfer this matter and terminate all
7  pending pending motions as moot.

10         IT IS SO ORDERED.

                                    _____
                                    **VAUGHN R WALKER**
                                    **United States District Chief Judge**

27  G:\PRO-SE\VRW\CR.09\Dean-09-1292-order of transfer.wpd

**2**